UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>      Petitioner(s),<br>v.<br>STATION CASINOS, LLC,<br>      Respondent(s). | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER** |

    The Court issues this order to address a few housekeeping matters.

    First, this case was initiated through the filing of an application for an order to show cause. Docket No. 1. The certificate of service indicates that service was effectuated on Respondent through the Court's electronic filing system. Docket No. 1-9 at 2. As no appearance has been made by Respondent in this case, it has no attorney or other contact information on the docket. As such, Petitioner's representation of service is inaccurate. *See* Docket No. 1, Notice of Electronic Filing. Accordingly, Petitioner must file a notice of corrected image by January 28, 2022.

    Second, out-of-state government attorneys must seek leave to appear in this Court. *See* Local Rule IA 11-3 (requiring a "motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants"). No such motion has been filed in this case. Accordingly, the required motion must be filed, or counsel must explain in writing why one is not required, by January 28, 2022.

    Third, Petitioner has filed a notice of related cases identifying another case before the undersigned in which briefing is already underway. *See* Docket No. 2. Particularly since Respondent has not yet appeared in this case, the Court expresses no opinion at this time as to the relatedness of the cases. Nonetheless, counsel may wish to confer with opposing counsel on

whether the briefing in this matter can be scheduled such that the two cases proceed in parallel fashion.

IT IS SO ORDERED.

Dated: January 21, 2022

                                                                            Nancy J. Koppe
                                                                            United States Magistrate Judge