# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>        Petitioner(s),<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>        Respondent(s). | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER** |

The requirement in the local rules to submit courtesy copies of voluminous filings has been suspended as a general matter, but judges may still direct parties to submit courtesy copies in particular cases.  Second Amended Temporary Gen. Order 2020-04 at ¶ 5.  The petition in this case (and attachments thereto) consists of over 600 pages.  Docket No. 1.  The Court hereby **ORDERS** Petitioner to submit courtesy copies of the petition and exhibits identified above by noon on January 28, 2022.  These courtesy copies must be submitted to the undersigned's box in the Clerk's Office.

In addition, for any future filings in this case that exceed 100 pages (including attachments), courtesy copies must be submitted to the undersigned's box in the Clerk's Office within two court days of that filing.

IT IS SO ORDERED.

Dated: January 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge