# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner(s),<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>    Respondent(s). | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER** |

In light of the requests made to the Clerk's Office, *see* Docket No. 5, the requirement to file a motion for admission is deemed discharged in this matter.

IT IS SO ORDERED.

Dated: January 27, 2022

                                                                                                  _____
                                                                                                  Nancy J. Koppe
                                                                                                  United States Magistrate Judge