# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner(s),<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>    Respondent(s). | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER** |

The Court hereby **ORDERS** counsel to confer and file a joint proposed schedule for briefing this matter. The joint proposed schedule must be submitted by February 21, 2022.

IT IS SO ORDERED.

Dated: February 14, 2022

_____
Nancy J. Koppe
United States Magistrate Judge