UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Petitioner(s),<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>　　　　Respondent(s). | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER**<br><br>[Docket Nos. 1, 17] |

　　　　Pending before the Court is a petition to enforce compliance with an administrative subpoena. Docket No. 1. Following intervention by the LJEB, the parties have also filed a proposed briefing schedule by which LJEB would supplement the petition and then the parties would file a responsive brief, a reply, and a sur-reply. Docket No. 17. The Court generally prefers motion practice to include only three briefs. *See, e.g.*, Local Rule 7-2(g) (supplementation is generally prohibited); Local Rule 7-2(b) (sur-replies are discouraged). Moreover, the Court has issued an order in Case No. 2:21-cv-01986, and the parties may wish to consider that ruling and any schedule for subsequent motion practice in that case in formulating a path forward in this case. *Cf.* Docket No. 3 at 1-2. Accordingly, the petition to enforce is **DENIED** without prejudice and the stipulated briefing schedule is also **DENIED** without prejudice.

　　　　IT IS SO ORDERED.

　　　　Dated: February 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge