UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner(s),<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>    Respondent(s). | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER** |

On February 28, 2022, the Court denied without prejudice the petition to enforce an administrative subpoena and the parties' stipulated briefing schedule. Docket No. 18. There has been no activity on the docket since that order was issued. Accordingly, the parties are **ORDERED** to file, no later than April 21, 2022, one of the following: (1) a joint proposed schedule for motion practice and briefing, (2) a joint status report, or (3) dismissal papers.

IT IS SO ORDERED.

Dated: April 7, 2022

                                                                              Nancy J. Koppe<br>
                                                                              United States Magistrate Judge