# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATIONAL LABOR RELATIONS BOARD,

    Petitioner(s),

v.

STATION CASINOS, LLC,

    Respondent(s).

Case No. 2:22-cv-00100-RFB-NJK

**ORDER**

Pending before the Court is a joint status report. Docket No. 20. The Court hereby **ORDERS** as follows:

- Intervenor must file its motion to enforce subpoena by May 20, 2022. Any response thereto must be filed by June 10, 2022. Any reply must be filed by June 20, 2022.[1]

- To the extent Respondent seeks to dismiss this action, *see* Docket No. 20 at 5, it must file a proper motion supported by points and authorities by May 6, 2022. To the extent Respondent seeks to stay motion practice to enforce subpoena, *see id.*, it must file a proper motion to stay supported by points and authorities by May 6, 2022. Any such motion to dismiss and/or motion to stay will be briefed pursuant to the default schedule in the local rules. Local Rule 7-2.[2]

IT IS SO ORDERED.

Dated: April 22, 2022

                                                                                             _____
                                                                                             Nancy J. Koppe
                                                                                             United States Magistrate Judge

---

[1] The Court issues this order simply to set a schedule. The Court expresses no opinion herein as to the merits of the matters raised in the joint status report.

[2] Briefing on any motion to enforce subpoena must proceed as stated above regardless of the filing of defense motions unless the Court rules otherwise (*i.e.*, the mere filing of such motions does not negate the requirement to comply with the schedule established herein).