UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Petitioner,<br><br>v.<br><br>STATION CASINOS, LLC,<br><br>　　　　Respondent. | Case No.: 2:22-cv-00100-RFB-NJK<br><br>**Order**<br><br>[Docket No. 25] |

　　　Pending before the Court is Intervenor Local Joint Executive Board of Las Vegas' motion for reconsideration. Docket No. 25; *see also* Docket No. 24 (prior order). The motion is properly resolved without a hearing. *See* Local Rule 78-1.

　　　"Reconsideration is an extraordinary remedy, to be used sparingly." *Koninklijke Philips Elecs. N.V. v. KXD Tech., Inc.*, 245 F.R.D. 470, 472 (D. Nev. 2007) (citation and internal quotations omitted). The Local Rules provide the applicable standards in addressing whether the Court should reconsider an interlocutory order, indicating that reconsideration may be appropriate if (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the Court committed clear error or the initial decision was manifestly unjust, or (3) there is an intervening change in controlling law. Local Rule 59-1(a). Motions for reconsideration are disfavored. Local Rule 59-1(b).

　　　Intervenor's motion to reconsider fails to identify the governing rule, outline the applicable standards, or provide meaningful discussion as to why relief should be granted. More specifically, Intervenor makes no showing as to how any of the enumerated grounds for reconsideration could apply here. Instead, Intervenor requests reconsideration because Intervenor's counsel has conflicting work obligations near the deadline the Court set for the reply brief. Docket No. 25 at 1-2. These are improper grounds for reconsideration. However, as a one-time courtesy, the Court **GRANTS** Intervenor's request. Docket No. 25. The reply brief for the pending application for

1

the enforcement of subpoena duces tecum must be filed no later than July 14, 2022. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

Dated: June 1, 2022

                                                 _____
Nancy J. Koppe
United States Magistrate Judge