UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS, LLC.,<br><br>Defendants. | Case No. 2:22-cv-00100-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 29] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 8, 2022.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by November 22, 2022. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 29] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that the motion to enforce subpoena is GRANTED. Respondent is ordered to complete its search for responsive documents and produce them all within 30 days, and to certify that its search and production have been completed by that date.

DATED: January 23, 2023.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**